IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CR-30-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHIL ANDREW WILSON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's <u>pro</u> <u>se</u> request for early termination of supervised release [D.E. 2]. The response is due no later than August 14, 2026, and shall include the position of probation.

SO ORDERED. This 19 day of June, 2026.

JAMES C. DEVER III
United States District Judge