IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CR-30-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| PHIL ANDREW WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

By letter dated June 11, 2026, Phil Andrew Wilson ("Wilson" or "defendant") moved for early termination of his supervised release [D.E. 2]. On August 14, 2026, the United States [D.E. 4] and probation [D.E. 4-1] responded in opposition.

The court has considered Wilson's request under the governing standard. See 18 U.S.C. § 3583(e). Having reviewed the record under the relevant 18 U.S.C. § 3553(a) factors, the court denies Wilson's motion. Wilson was convicted federally of very serious drug offenses. Wilson also has a very serious criminal history. Although Wilson has performed satisfactorily to date on supervision, the court expects that behavior from those on supervision. In light of defendant's serious criminal behavior, defendant's serious criminal history, and the need to protect the public, the court declines to terminate Wilson's supervision.

In sum, the court DENIES defendant's motion for early termination of supervised release [D.E. 2].

SO ORDERED. This 18 day of August, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge